FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent,<br><br>    v.<br><br>BRIAN JESUS ZAZUETA,<br><br>    Defendant-Petitioner. | NO: 2:23-CR-0036-TOR-1<br><br>ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT |

BEFORE THE COURT is Petitioner's Motion to Alter or Amend Judgment. ECF No. 391. Petitioner is proceeding *pro se*. The Court has reviewed the record and files herein and is fully informed. Because the files and records of the case conclusively show that Petitioner is entitled to no relief, the Government was not ordered to respond. For the reasons discussed below, the Court **DENIES** Petitioner's Motion to Alter or Amend Judgment.

ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT ~ 1

This Court finds Petitioner waived his right to file the instant motion. Petitioner's plea agreement provides:

> Defendant further expressly waives his right to file any post-conviction motion attacking his conviction and sentence, including a motion pursuant to 28 U.S.C. § 2255, except one based upon ineffective assistance of counsel based on information not now known by Defendant and which, in the exercise of due diligence, could not be known by Defendant by the time the Court imposes the sentence.

ECF No. 265 at ¶ 18. The Court specifically informed Petitioner of this waiver provision at the time of his plea and he acknowledged he understood it. *See* Fed. R. Crim. P. 11(b)(1)(N). The indictment, the plea agreement and presentence investigation report all put Petitioner on notice of the significance of each of his claims. Therefore, the Court finds Petitioner knowingly and voluntarily waived his right to file this motion to alter or amend judgment.

Petitioner has not shown any ineffective assistance of counsel that he was not aware of prior to his sentencing. For the reasons expressed in this Court's Order at ECF No. 390, Defendant's motion is denied.

The Court concludes that Petitioner is not entitled to a COA because he has not demonstrated that jurists of reason could disagree with this Court's resolution or conclude the issues presented deserve encouragement to proceed further.

//

//

ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT ~ 2

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Petitioner's Motion to Alter or Amend Judgment, ECF No. 391, is **DENIED**.

2. The Court further certifies that there is no basis upon which to issue a certificate of appealability and the same is **DENIED**. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

The District Court Executive is hereby directed to enter this Order and furnish copies to the parties.

**DATED** November 14, 2025.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT ~ 3